to set aside the judgment for plaintiff, to grant defendant reasonable time to answer the complaint, and grant both parties leave to file such additional motions and pleadings as they deem appropriate.

Reversed and remanded with directions.

SMITH, P. J., and CRAVEN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NAMORE SMITH, Defendant-Appellant.

(No. 54351; ▮▮▮▮▮▮▮▮

First District—March 22, 1971.

Opinion by Mr. JUSTICE LYONS.

Gillis, Gildea & Rimland, of Chicago, (Kenneth L. Gillis, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and John A. Gibaitis, Assistant State's Attorneys, of counsel,) for the People.